Mark S. Martinez (SBN #293489)
Daniel Cabrera (SBN #320708)
Law Offices of Mark S. Martinez
600 W. Santa Ana Blvd. Suite 925
Santa Ana, CA 92701
(714) 442-9741 Phone
(714) 442-9742 Fax
mark@martinezlawcenter.com

Attorney for Debtor



**FILED & ENTERED**

DEC 19 2019

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** lozano    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JUANA NAREDO ROMO,

  Debtor.

Case No.: 6:17-bk-14132-WJ

CHAPTER 7

**ORDER REOPENING CASE**

The Court has reviewed the "Ex Parte Motion to Reopen Chapter 7 Bankruptcy Case Pursuant to 11 U.S.C. § 350(b) & Local Bankruptcy Rule 5010-a(a); Memorandum of Points and Authorities; Declaration of Juana Naredo; Filed in Support Thereof" filed on December 19, 2019 as docket number 39.  Good cause appearing, the Court hereby ORDERS as follows:

1. This bankruptcy case is hereby reopened pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010.

2. The deadline for the debtor to file a motion pursuant to section 522(f) is thirty days from the date of entry of this order.

3. In the event the motion is not filed, the case shall be closed immediately after the expiration of thirty days from the date of entry of this order.

Date: December 19, 2019

_____
Wayne Johnson
United States Bankruptcy Judge