| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark S. Martinez (SBN 293489)<br>Law Offices of Mark S. Martinez<br>600 W Santa Ana Blvd., Ste 925<br>Santa Ana, CA 92701<br><br>Telephone 714-442-9741<br>Fascimile 714-442-9742<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* Juana Naredo Romo | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Juana Naredo Romo<br><br><br><br>Debtor(s) | CASE NO.: 6:17-bk-14132<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☒ Schedule C    ☒ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☒ Schedule H     ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☒ Master Mailing List
☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 2/11/2020

*(Debtor 1 Signature)*

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 1                          F 1007-1.1.AMENDED.SUMMARY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Mark S. Martinez
600 W. Santa Ana Blvd. Suite 925
Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/13/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui and Brandon J. Iskander on behalf of Karl T. Anderson (TR) lbui@shulmanbastian.com; biskander@shulmanbastian.com
2edasie@gmail.com
H. Christopher Coburn on behalf of debtor Juan Naredo Romo hccoburn@gmail.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) **2/13/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
See Attachment

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/13/2020 | Gabriela Leon | *Gabriela Leon* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                                      Page 2                                F 1007-1.1.AMENDED.SUMMARY

JC Penney
P.O. Box 960090
Orlando, FL 32896-0090

Kohls
P.O. Box 30510
Los Angeles, CA 90030-0510

Macy's
P.O. Box 9001094
Louisville, KY 40290-1094

Lowes
P.O. Box 530914
Atlanta, GA 30353-0914

Home Depot
P.O. Box 790328
St. Louis, MO 63179

Target
P.O. Box 790328
Dallas, TX 75266-0170

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

First Premier Bank
P.O. Box 5529
Sioux Falls, SD 57117-5529

Total Rewards
P.O. Box 659584
San Antonio, TX 78265-9584

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Legacy
P.O. Box 5097
Sioux Falls, SD 57117-5529

Banana Republic
P.O. Box 530993
Atlanta, GA 30353-0993

Best Buy Citi
P.O. Box 9001007
Louisville, KY 40290-1007

Diamond Preferred Citi
P.O. Box 9001037
Louisville, KY 40290-1037

Columbia Credit Serv
c/o LO of Joseph W. Scalia
1911 Douglas Blvd. #85-435
Roseville, CA 95661

Eddie R. Jimenez, Esq.
Aldridge Pite, LLP
Re: Sacor Financial, Inc.
4375 Jutland Dr. Suite 200
San Diego, CA 92177

Pingora Loan Sevicing, LLC
Agent for Service of Process
Michael P. Lau
1819 Wazee St. Second Floor
Denver, CO 80202

Valenzuela Reyes Law Offices
Re: Marisabel Pulcini
241 S. Figueroa St. Suite 100
Los Angeles, CA 90012