**FILED & ENTERED**

**JUN 09 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JUANA NAREDO ROMO,<br><br>　　　　　Debtor. | Case No.: 6:17-bk-14132-WJ<br><br>CHAPTER 7<br><br>**ORDER DENYING MOTION TO AVOID LIEN** |

On January 17, 2020, the debtor, Juana Romo, filed a motion to avoid a judicial lien of Sacor Financial, Inc. [docket #43] ("Motion").  On February 3, 2020, Sacor filed opposition to the Motion and a request for a hearing [docket #44 & #45].  On February 19, 2020, the debtor filed a reply brief to the opposition [docket #49].

Earlier today, the Court entered a memorandum of decision denying the Motion. Accordingly, for the reasons stated therein, the Court hereby orders:

1. The Motion is denied.

IT IS SO ORDERED.

Date: June 9, 2020

Wayne Johnson
United States Bankruptcy Judge