Eddie R. Jimenez (SBN 231239)
ejimenez@aldridgepite.com
Laurel I. Handley (CA SBN 231249)
lhandley@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for Creditor Sacor Financial Inc.

<table>
<tr><td>FILED & ENTERED</td></tr>
<tr><td>JUN 19 2020</td></tr>
<tr><td>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gooch    DEPUTY CLERK</td></tr>
</table>

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:17-bk -14132-WJ |
| JUANA NAREDO ROMO, | CHAPTER 7 |
| Debtor. | **ORDER ON OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION** |
| | Hearing:<br>Date:   June 9, 2020<br>Time:  1:00 p.m.<br>Crtrn.: 304 |

On June 9, 2020 at 1:00 p.m., the Court held a hearing regarding the objection to debtor's claim of exemption filed by Sacor Financial, Inc.'s [docket number 50].  All appearances were noted on the record.  For the reasons stated on the record, the Court hereby ORDERS as follows:

1.  The motion is granted.

###

Date: June 19, 2020

_____
Wayne Johnson
United States Bankruptcy Judge